UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Judith Tompson

   v.                                               Case No. 17-cv-69-SM

David Fisher


O R D E R


No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 23, 2017, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's Claims 1(d)(iii), 3, 4, 5, and 6 are hereby dismissed. Plaintiff's request for a declaratory judgment regarding the applicability of 26 U.S.C. § 6334(a)(13)(B) is hereby denied.

SO ORDERED.

_/s/ Steven J. McAuliffe_
Steven J. McAuliffe
United States District Judge

Date: April 22, 2017

cc: Judith Thompson, pro se