UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Judith Tompson</u>

    v.                                           Civil No. 17-cv-69-SM

<u>David Fisher</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 23, 2017, for reasons set forth therein. Plaintiff's Claims 1(D)(iii), 3, 4, 5, and 6 are hereby dismissed, and plaintiff's request for a declaratory judgment re: 26 U.S.C. § 6334(1)(13)(B) is denied.

    SO ORDERED.

                                             _____
                                             Steven J. McAuliffe
                                             United States District Judge

Date: June 13, 2017

cc:   Judith Tompson, pro se